**STATE v. RIDLEY**

[361 N.C. 424 (2007)]

|                             |   |          |
|-----------------------------|---|----------|
| STATE OF NORTH CAROLINA     | ) |          |
|                             | ) |          |
| v.                          | ) | ORDER    |
|                             | ) |          |
| CHRISTOPHER DALE RIDLEY     | ) |          |

No. 272PA06

The State's petition for discretionary review filed 18 May 2006 is allowed for the limited purpose of remanding the matter to the North Carolina Court of Appeals for reconsideration in light of *State v. Blackwell*, 361 N.C. 41, 638 S.E.2d 452 (2006) and *State v. Hurt*, 361 N.C. 325, 643 S.E.2d 915 (2007).

By order of the Court in conference this 27th day of June, 2007.

Timmons-Goodson, J.
For the Court